IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| CAMILLE ANDERSON, | ) | Case 19-35840 |
| | ) | |
| Debtor(s). | ) | Judge CASSLING |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Richard M. Fogel, Chapter 7 Trustee: rfogel@foxrothschild.com
Karen L. Courtheoux: karen.courtheoux@huschblackwell.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached service list

PLEASE TAKE NOTICE that on June 30, 2020, at 9:30 a.m., I will appear before the Hon. Judge CASSLING, or any judge sitting in that judge's place, and present the Debtor's Motion to Reopen Chapter 7 Case, a copy of which is attached.

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: Michael R. Colter, II
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100 – mcolter@davidmsiegel.com

## CERTIFICATE OF SERVICE

I, Michael R. Colter, II, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the above service list at the address shown and by the method indicated on the list on June 19, 2020, before 5:00 p.m.

*To the following persons or entities who have been served via U.S. Mail:*

Camille Anderson
30 W. Chicago Avenue, #1139
Chicago, IL 60654

AmeriCash Loans
Bankruptcy Dept.
P.O. Box 1728
Des Plaines, IL 60017

Bank of America
Bankruptcy Department
P.O. Box 982284
El Paso, TX 79998-2238

BestBuy/CBNA
P.O. Box 6497
Sioux Falls, SD 57117

Cap One
Bankruptcy Department
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

CBNA
Bankruptcy Dept.
P.O. Box 769006
San Antonio, TX 78245

Department of Education
Navient
P.O. Box 9635
Wilkes Barre, PA 18773

Equinox Fitness Gold Coast
900 N. Michigan Avenue
Chicago, IL 60611

Illinois Department of Revenue
Bankruptcy Department
P.O. Box 64338
Chicago, IL 60664-0338

Northwestern Hospital
P.O. Box 73690
Chicago, IL 60673

Regional Acceptance Corp.
P.O. Box 1847
Wilson, NC 27894

Sprint Nextel
Bankruptcy Department
P.O. Box 7949
Overland Park, KS 66207

SYNCB/Amazon
P.O. Box 965015
Orlando, FL 32896-5015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| CAMILLE ANDERSON, | ) | Case 19-35840 |
| | ) | |
| Debtor(s). | ) | Judge CASSLING |

## MOTION TO REOPEN CHAPTER 7 CASE

NOW COMES the Debtor, CAMILLE ANDERSON, by and through her attorneys, DAVID M. SIEGEL & ASSOC., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On December 20, 2019, Debtor filed a voluntary petition for relief pursuant to Chapter 7 of Title 11 USC and Richard Fogel was appointed trustee.

3) Debtor appeared at her § 341 meeting of creditors (Meeting) on January 21, 2020.

4) During the Meeting, Debtor testified to having two pending lawsuits. One lawsuit against her employer, Titan Security Group, and another against DePaul University.

5) Debtor's counsel made notes reflecting the need to make amendments to the petition to reflect the testimony provided during the Meeting.

6) Debtor's counsel inadvertently failed to make the necessary changes to the petition and file them with the court before the case closed.

7) Amended Schedules B and C have been filed along with an amended Statement of Financial Affairs since the filing of this Motion to Reopen.

8) Debtor seeks to reopen her case so the trustee can review the amended petition.

WHEREFORE, the Debtor, CAMILLE ANDERSON, prays that this Honorable Court enter an Order to Reopen Chapter 7 and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor