UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-35840
CAMILLE ANDERSON,  )
 )  Chapter: 7
 )  Honorable Donald R. Cassling
 )
 )
Debtor(s)  )

## ORDER GRANTING DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor's Chapter 7 is reopened.

2) The U.S. Trustee is authorized to appoint a trustee.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: June 30, 2020

**Prepared by:**

Michael R. Colter, II ARDC # 6304675
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100